UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: November 2, 2022

Case No.   **CV 22-7414-MWF and CV 22-7526-MWF**

Title   **In Re Allana Baroni**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER STRIKING MOTIONS (DE 12 in CV 22-7414 and DE 8 in CV 22-7526); ORDER TO SHOW CAUSE**

The Court recently accepted the above two cases, as related to Case No. CV 18-10431-MWF, that appear to involve the same appeals from the same Bankruptcy Matter (Case No. 1:12-bk-10986-MB).  The Court can discern no difference between the two cases that were opened under different case numbers.

On October 31, 2022, Appellant James Baroni filed a Notice of Motion and Motion for Order Regarding Certain Routine Administrative Matters (the "Motion") in both cases.  (Docket No. 12 in CV 22-7414, and Docket No. 8 in CV 22-7526).  The Motion seeks to consolidate the seemingly identical appeals under CV 22-7414.  The Court **STRIKES** both Motions for failing to comply with the Local Rules.  (*See* Notices of Deficiency, Docket Nos. 13 and 9, respectively).

Appellant James Baroni is **ORDERED** to SHOW CAUSE, in writing, by no later than **November 10, 2022**, why Case No. CV 22-7526 should not be DISMISSED, without prejudice, as a duplicate of the lower numbered case, CV 22-7414.  Alternatively, Appellant may voluntarily dismiss Case No. CV 22-7526.

The Court notes that it appears that duplicates of another appeal from the same Bankruptcy Matter have also been opened under two different case numbers, which the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Date:  November 2, 2022

Case No.   **CV 22-7414-MWF and CV 22-7526-MWF**

Title   **In Re Allana Baroni**

also recently accepted as related to CV 18-10431-MWF.  (*See* Case Nos. CV 22-6867-MWF and CV 22-6985-MWF).  If those cases are indeed duplicates of the same appeal, the Court expects counsel for Appellant to voluntarily dismiss CV 22-6985 before filing any motions on either of those dockets.  Otherwise, the response to OSC should also address why apparently duplicate cases are repeatedly being filed under different case numbers from the same Bankruptcy Matter.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | SJM |